# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,** | : CIVIL ACTION NO. 1:16-CV-1826 <br> : <br> : (Chief Judge Conner) |
| **Plaintiff** | : |
| v. | : |
| **NC OWNERS, LLC; NC RESIDUALS OWNERS TRUST; VCG SECURITIES, LLC; ODYSSEY EDUCATION RESOURCES, INC.; BOSTON PORTFOLIO ADVISORS, INC.; and COOK & SADORF,** | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 9th day of June, 2017, upon consideration of the motion (Doc. 22) to remand filed by plaintiff Pennsylvania Higher Education Assistance Agency ("PHEAA"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. PHEAA's motion (Doc. 22) to remand is DENIED.

2. The court will schedule this matter for a case management conference by separate order.

                                            /S/ CHRISTOPHER C. CONNER
                                            Christopher C. Conner, Chief Judge
                                            United States District Court
                                            Middle District of Pennsylvania